## UNITED STATES DISTRICT COURT
## SOURTHERN DISTRICT OF IOWA – CENTRAL DIVISION

| | | |
|---|---|---|
| **JEROMEY COPELAND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CASE NO. 4:19-cv-00138** |
| | ) | |
| **GENESIS DEVELOPMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## APPEARANCE

Joseph H. Laverty of WESSELS SHERMAN JOERG LISZKA LAVERTY SENECZKO P.C. hereby enters his appearance on behalf of Defendant, Genesis Development (hereinafter Genesis Development shall be referred to as "Genesis" or "Defendant," unless otherwise stated), as one of its attorneys, and requests that copies of all Pleadings, Orders and other documents be served upon the undersigned for said Party in lieu of service upon the Party.

Dated this 30th day of April, 2019.

**Defendant, Genesis Development**

By: /s/ Joseph H. Laverty
Joseph H. Laverty
Wessels Sherman Joerg Liszka
Laverty Seneczko P.C.
101 West Second Street, Suite 307
Davenport, IA 52801
Telephone: 563-333-9102
Fax:  563-333-9105
jolaverty@wesselssherman.com
**ATTORNEYS FOR DEFENDANT**

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA – CENTRAL DIVISION**

| | | |
|---|---|---|
| JEROMEY COPELAND, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **CASE NO. 4:19-cv-00138** |
| | ) | |
| GENESIS DEVELOPMENT, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of April, 2019, he served a true and correct copy of the **ATTORNEY APPEARANCE and THIS CERTIFICATE OF SERVICE** by electronically filing with the Clerk of Court, through the ECF System and via regular U.S. Mail, postage fully pre-paid, both of which provides service upon the following individual:

Alison F. Kanne AT0013262
Steven P. Wandro AT0008177
WANDRO & ASSOCIATES, P.C.
2501 Grand Avenue, Suite B
Des Moines, Iowa 50312
Telephone: (515) 281-1475
Facsimile: (515) 281-1474
Email: akanne@2501grand.com
          swandro@2501grand.com
**Attorneys for Plaintiff**

/s/ Joseph H. Laverty
Joseph H. Laverty

2